Andrew T Curtis, Bar No. 13681
Lincoln Law
921 West Center St.
Orem, UT 84057
Phone: (801) 471-2426
Facsimile: (800) 584-6826
help@lincolnlaw.com
Attorney for
Barry Bryant Webber

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In Re:<br><br>BARRY BRYANT WEBBER<br><br>Debtor. | ) Case No: 25-26899<br>)<br>) Chapter 13<br>)<br>) Judge: Michael F. Thomson<br>)<br>) AMENDED MATRIX<br>) |

AMENDED MATRIX
$34.00 Fee Required
_____IFP Waiver

File amended matrix with <u>ONLY</u> the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ___ Yes _X_ No.

**It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added.** A certificate of mailing should be filed with the Clerk's office (see below). <u>If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contains no more than four (4) lines per creditor address.</u>

Matrix:   Adding ___   Correcting _X_   Deleting ___

Please type the creditors' address(es) changes/additions below:

   Cash Advance USA

85 W 3300 S

Salt Lake City, UT, 84155

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to

   the creditors added to this estate as follows:

___ Notices    ___ Discharge Notice    _X_ Plan/Amended Plan    _X_ Notice of chapter 13

Dated: December 12, 2025                                                                                          /s/ Alex Loeza